

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:　　In re Southwestern Energy Company, et al.

Appellate case number:　01-19-00711-CV

Trial court case number:　2016-70651

Trial court:　　　　　　61st District Court of Harris County

　　　　Relators have filed a petition for writ of mandamus in connection with the trial court's denial of their amended motion to dismiss pursuant to Texas Rule of Civil Procedure 91a. On September 26, 2019, relators filed an emergency motion requesting that this Court stay the proceedings in the trial court pending the resolution of the petition for writ of mandamus. The motion is **denied**.

　　　　It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
　　　　　　　　　　　　　　Acting individually

Date: _October 22, 2019_____